155-15

# ELECTRONIC RECORD

COA #   10-14-00048-CR

OFFENSE: Delivery of Marihuana to minor & possession of controlled substance with intent to deliver

STYLE:  Ginnie Fay Roberts v. The State of Texas

COUNTY:  Johnson

TRIAL COURT:        413th District Court

TRIAL COURT #:      F47843

TRIAL COURT JUDGE:  Hon. William C. Bosworth Jr.

DISPOSITION:        Affirmed

MOTION FOR REHEARING IS:

DATE:

JUDGE:

DATE:    January 8, 2015

JUSTICE:  Chief Justice Gray       PC       S    X

PUBLISH:                  DNP:   X

CLK RECORD:    February 28, 2014

RPT RECORD:    June 11, 2014

STATE BR:      October 3, 2014

APP BR:        August 12, 2014

SUPP CLK RECORD:

SUPP RPT RECORD:

SUPP BR:

PRO SE BR:

# IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD

CCA #   155-15

_PRO SE_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_STRUCK_

DATE: _06/17/2015_

JUDGE: _Per Curiam_

Disposition:

DATE:

JUDGE:

SIGNED:              PC:

PUBLISH:             DNP:

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____

PRO SE PETITION

FOR DISCRETIONARY REVIEW

IS _REFUSED_

DATE _10/07/2015_

_Per Curiam_

JUDGE